O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )   SA 10-020M
                            )
       v.                   )   ORDER OF DETENTION AFTER HEARING
                            )   (18 U.S.C. § 3142(i))
ELIAS GARCIA,               )
                            )
            Defendant.      )
_____)

I.

A.  ( ) On motion of the Government involving an alleged

    1.  ( ) crime of violence;

    2.  ( ) offense with maximum sentence of life imprisonment or death;

    3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1.  (X) serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                         II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3     A. ( X )   appearance of defendant as required; and/or

4     B. ( ) safety of any person or the community;

5                                     III.

6     The Court has considered:

7     A. ( x ) the nature and circumstances of the offense;

8     B. (x) the weight of evidence against the defendant;

9     C. (x) the history and characteristics of the defendant;

10    D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                   IV.

12    The Court concludes:

13    A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15    B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19    C. ( ) A serious risk exists that defendant will:

20          1. ( )   obstruct  or  attempt to obstruct  justice;

21          2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8  Dated: January 14, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　Marc L. Goldman
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)　　　　　　　　　　　- 3 -　　　　　　　　　　　Page 3 of 3